

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2008 Grand Jury

| UNITED STATES OF AMERICA, | ) | CR 09-**09- 0031** |
|---|---|---|
| Plaintiff, | ) ) | I N D I C T M E N T |
| v. | ) ) | [18 U.S.C. § 371: Conspiracy to Traffic in Counterfeit Goods; 18 U.S.C. § 2320: Trafficking in Counterfeit Goods] |
| MICHAEL MING ZHANG,  aka "John Zhang,"  aka "John Wen," and POLICARPO CORONADO GAMBOA,  aka "Paul Coronado," | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A.    OBJECTS OF THE CONSPIRACY

Beginning on or about November 1, 2007, and continuing to on or about May 7, 2008, in San Bernardino and Orange Counties, within the Central District of California, and elsewhere, defendants MICHAEL MING ZHANG, also known as ("aka") "John Zhang," aka "John Wen" ("ZHANG"), and POLICARPO CORONADO GAMBOA,

aka "Paul Coronado" ("GAMBOA"), and others known and unknown to the Grand Jury, conspired and agreed with each other to traffic in counterfeit goods, in violation of Title 18, United States Code, Section 2320.

B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS ACCOMPLISHED

The object of the conspiracy was accomplished in substance as follows:

1.    An unindicted co-conspirator manufactured counterfeit electronic components in the People's Republic of China ("PRC").

2.    Defendant ZHANG, on behalf of and in his capacity as President and General Manager of J.J. Electronics in Rancho Cucamonga, California ("JJE"), arranged for the shipment of such counterfeit electronic components to the United States.

3.    Defendant GAMBOA, on behalf of and in his capacity as owner and operator of Sereton Technology Inc. in Foothill Ranch, California ("Sereton"), purchased the counterfeit electronic components from defendant ZHANG for sale to customers.

C.    OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants ZHANG and GAMBOA, and others known and unknown to the Grand Jury, committed various overt acts on or about the following dates, within the Central District of California and elsewhere, including but not limited to the following:

1.    In November 2007, defendant ZHANG ordered 3,500 counterfeit "Sony" Memory Sticks, part number ST-MSX-M1GN, from Iton Techology in Shenzhen, PRC, via JJE purchase order number 8872, for a total purchase price of $21,175, and requested that

2

the counterfeit "Sony" Memory Sticks be shipped to Wan Jun at J.J. Shenzhen, a branch of JJE located in Shenzhen, PRC ("J.J. Shenzhen").

2.    On November 12, 2007, defendant ZHANG sent an e-mail message to an unindicted co-conspirator notifying the unindicted co-conspirator that the counterfeit "Sony" Memory Sticks had been shipped from J.J. Shenzhen in the PRC to the unindicted co-conspirator in the United States via United States Postal Service Express Mail Service ("EMS"), together with counterfeit plastic packaging for the Memory Sticks, which was shipped in separate boxes.

3.    On November 12, 2007, defendant ZHANG sent an e-mail message to the unindicted co-conspirator, stating as follows: "We are running a very big risk to ship these Sony cards and I am monitoring the customs' clearing right now."

4.    On November 30, 2007, in response to an e-mail from defendant GAMBOA inquiring about the authenticity of the "Sony" Memory Sticks, defendant ZHANG sent an e-mail message to defendant GAMBOA stating as follows:  "We did not buy from authorized channels.  Therefore, I cannot give that 100% guarantee.  If I do, I will lie.  You have all the freedom to have samples be inspected or tested.  You can even come to my place in San Bernardino County to do the inspection and testing."

5.    On November 30, 2007, defendant GAMBOA sent a purchase order to defendant ZHANG for 3,500 counterfeit "Sony" Memory Sticks for a total purchase price of $28,000.

6.    On December 5, 2007, defendant GAMBOA sent an e-mail message to defendant ZHANG stating as follows: "John I received

3

your pics the problem some customers saw the pictures and notified they are fake not original Sony.  I still can move your product even though it is not original but I need your help."

7.   On January 16, 2008, defendant ZHANG forwarded a series of e-mail messages to defendant GAMBOA, attaching the following message: "I sent one piece to this customer.  You will not find problem just in the camera.  But we sent the chips to a re-seller like you.  They claim parts are counterfeit after having them tested with a test machine."

8.   On January 16, 2008, defendant GAMBOA sent an e-mail message to defendant ZHANG stating as follows: "We will use in camera for commercial use not industrial."

9.   On January 21, 2008, defendant ZHANG sent an e-mail message to defendant GAMBOA stating as follows: "Paul, you got the samples on Friday.  What is your decision?"

10.  On January 21, 2008, defendant GAMBOA sent an e-mail message to defendant ZHANG stating as follows:  "John please send me 100 pieces ASAP COD I will help UNLOAD these."

11.  On or about January 28, 2008, defendant ZHANG sold 100 counterfeit "Sony" Memory Sticks to defendant GAMBOA via JJE invoice number 8634.

12.  On or about January 30, 2008, defendant ZHANG sold 100 counterfeit "Sony" Memory Sticks to defendant GAMBOA via JJE invoice number 8732.

13.  On or about February 4, 2008, defendant ZHANG sold 100 counterfeit "Sony" Memory Sticks to defendant GAMBOA via JJE invoice number 8742.

14.  On or about February 18, 2008, defendant ZHANG sold 100

counterfeit "Sony" Memory Sticks to defendant GAMBOA via JJE invoice number 8756.

15. On or about March 3, 2008, defendant ZHANG sold 200 counterfeit "Sony" Memory Sticks to defendant GAMBOA via JJE invoice number 8783.

16. On or about March 12, 2008, defendant ZHANG sold 100 counterfeit "Sony" Memory Sticks to defendant GAMBOA via JJE invoice number 8812.

17. On or about March 25, 2008, defendant ZHANG sold 500 counterfeit "Sony" Memory Sticks to defendant GAMBOA via JJE invoice number 8844.

18. On or about April 3, 2008, defendant ZHANG sold 300 counterfeit "Sony" Memory Sticks to defendant GAMBOA via JJE invoice number 8824.

19. On or about April 24, 2008, defendant GAMBOA purchased 200 counterfeit "Sony" Memory Sticks from defendant ZHANG via Sereton purchase order number 1184.

20. On or about April 25, 2008, defendant GAMBOA purchased 200 counterfeit "Sony" Memory Sticks from defendant ZHANG via Sereton purchase order number 1185.

COUNT TWO

[18 U.S.C. § 2320]

On or about May 7, 2008, in San Bernardino County, within the Central District of California, and elsewhere, defendant MICHAEL MING ZHANG, also known as ("aka") John Zhang, aka John Wen, intentionally trafficked in goods, namely, electronic Memory Sticks, and knowingly used a counterfeit mark, namely, the brand name "Sony," on and in connection with such goods, which mark was identical with and substantially indistinguishable from a genuine mark in use and duly registered for those goods on the principal register in the United States Patent and Trademark Office, and the use of which mark was likely to cause confusion, to cause mistake, and to deceive.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Daniel A. Goodman, Asst U.S. Atty*

*Deputy Chief, Criminal Division,* FOR:

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

EILEEN M. DECKER
Assistant United States Attorney
Chief, National Security Section

BONNIE L. HOBBS
Assistant United States Attorney
National Security Section

6