THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
BONNIE L. HOBBS (SBN 208525)
Assistant United States Attorney
National Security Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4447
    Facsimile: (213) 894-6436
    Email: bonnie.hobbs@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
JAN 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL MING ZHANG,<br>  aka "John Zhang,"<br>  aka "John Wen," and<br>POLICARPO CORONADO GAMBOA,<br>  aka "Paul Coronado,"<br><br>                    Defendants. | No. CR 09-**09-00031**<br><br>[~~PROPOSED~~] ORDER SEALING THE INDICTMENT, ARREST WARRANT, ANY INDICTMENT-RELATED DOCUMENTS, AND CORRESPONDING PARTIAL REPORT<br><br>[UNDER SEAL] |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4) and the inherent supervisory powers of the Court, the indictment, arrest warrant, any indictment-related documents, and the partial report in the above-titled case, together with the government's sealing application and this order, shall be kept under seal until the arrest of one of the defendants on the charges contained in the indictment, or until the government otherwise moves to unseal the indictment, whichever is earlier.

Furthermore, IT IS HEREBY ORDERED that the docket sheet in this case will only indicate that an under seal filing has been entered, and will not indicate that an indictment has been filed, or that any of the supporting documentation that typically is filed with an indictment was filed.

DATED: _____Jan. 13, 2009_____

_____
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE