**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**ORIGINAL**

**CASE SUMMARY**

Case Number __09-00031__      Defendant Number _1_

U.S.A. v. _Michael Ming Zhang_      Year of Birth _1959_

☑ Indictment      ☐ Information      Investigative agency (FBI, DEA, etc.) _FBI_

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Misdemeanor      ☐ Minor Offense      ☑ Felony
☐ Petty Offense    ☐ Class B Misdemeanor

b. Date of offense _11/1/07-5/7/08_

c. County in which first offense occurred
_San Bernardino_

d. The crimes charged are alleged to have been committed in:
CHECK ALL THAT APPLY

☐ Los Angeles          ☐ Ventura
☑ Orange               ☐ Santa Barbara
☐ Riverside            ☐ San Luis Obispo
☑ San Bernardino       ☐ Other _____

Citation of offense _18 U.S.C. 371; 18 U.S.C. 2320_

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?      ☑ No      ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: _____
    Case Number _____
    Charging _____

The complaint:      ☐ is still pending
    ☐ was dismissed on: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?

☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*      ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT ?** ☐ Yes      ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*      ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes      ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:      ☑ Yes      ☐ No
IF YES, list language and/or dialect:
_Mandarin Chinese_

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

## OTHER

☑ Male                    ☐ Female
☑ U.S. Citizen            ☐ Alien
Alias Name(s) John Zhang, John Wen

This defendant is charged in:        ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☑ Other: counterfeit goods

## CUSTODY STATUS

Defendant is **not** in custody:
a.  Date and time of arrest on complaint: _____
b.  Posted bond at complaint level on: _____
    in the amount of $ _____
c.  PSA supervision?        ☐ Yes    ☐ No
d.  Is a Fugitive           ☐ Yes    ☐ No
e.  Is on bail or release from another district:

_____

f.  ☐ Has not been arrested but will be notified by summons to appear.
g.  Warrant requested.      ☑ Yes    ☐ No

Defendant is in custody:
a.  Place of incarceration:    ☐ State    ☐ Federal
b.  Name of Institution: _____
c.  If Federal: U.S. Marshal's Registration Number:

_____

d.  ☐ Solely on this charge. Date and time of arrest:

_____

e.  On another conviction:    ☐ Yes    ☐ No
    IF YES  ☐ State    ☐ Federal    ☐ Writ of Issue
f.  Awaiting trial on other charges:  ☐ Yes    ☐ No
    IF YES  ☐ State    ☐ Federal    AND
    Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

Date January 6, 2009

_____
Signature of Assistant U.S. Attorney

Bonnie L. Hobbs
*Print Name*