# *Memorandum*

**FILED**



## 09- 0031

Subj:

United States v. Michael Ming Zhang, et al.

Date:

2009 JAN 13 PM 4: 25

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT January 6, 2009
LOS ANGELES

To:

TERRY NAFISI
District Court Executive
United States District Court
Central District of California

From:

BONNIE L. HOBBS
Assistant United States Attorney
Criminal Division

The matter relating to the above-referenced criminal action,

United States v. Michael Ming Zhang, et al.         , being filed on January 13, 2009 ,

    [ ] is

    [X ] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

BONNIE L. HOBBS
Assistant United States Attorney
Criminal Division