FILED

2009 JAN 20  AM 10: 05

~~CLERK U.S. DISTRICT COURT~~
~~CENTRAL DIST. OF CALIF.~~
~~LOS ANGELES~~

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v.<br>*Michael Ming Chong* | CR-09-0003·1 |
| DEFENDANT(S). | **REPORT COMMENCING CRIMINAL ACTION** |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest ___1/20/09___   ___6:50___  ☑ AM / ☐ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
    ___~~S 6 USC 1703~~   / 18 USC 2320   / 18 USC 371___

3.  Offense charged is a: ☑ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4.  U.S. Citizen: ☑ Yes    ☐ No    ☐ Unknown

5.  Year of Birth: ███ / 59

6.  The defendant is:  ☑ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

7.  Place of detention (if out-of-district): _____

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)

10. Name of Pretrial Services Officer: ___Duty___

11. Remarks (if any): _____

12. Date: ___1/20/2009___

13. Signature: _____

14. Name: ___John W. Pae___

15. Title: ___Special Agent___