# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:09-CR-00031              Recorder: CS 01/26/2009                    Date: 01/26/2009

Present: The Honorable Frederick F. Mumm, U.S. Magistrate Judge

Court Clerk: Terry R. Baker / VM                          Assistant U.S. Attorney: Bonnie Hobbs

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1.) MICHAEL MING ZHANG, aka John Zhang, aka John Wen <br>     CUSTODY-PRESENT <br> 2.) POLICARPO CORONADO GAMBOA, aka Paul Coronado <br>     CUSTODY-PRESENT | 1.) THOMAS KIELTY <br>     PANEL <br> 2.) ARTHUR GREENSPAN <br>     RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Substitution of attorney is approved and filed. Arthur Greenspan is substituted in place and stead of Kim Savo.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Manuel L. Real.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 03/09/2009 at 9:00 A.M.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The Judge's Discovery Order issued.

00 : 06
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA