STATE OF CALIFORNIA - COUNTY OF ORANGE      SW NO.

# SEARCH WARRANT AND AFFIDAVIT (AFFIDAVIT)

__Investigator Brian Sims__ declares under penalty of perjury that the facts expressed by him/her in the
(Name of Affiant)

attached and incorporated **Statement of Probable Cause** are true and that based thereon he/she has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524, as indicated below, and are now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

_____ #3470 _____, **NIGHT SEARCH REQUESTED:**    YES [ ]    NO [ X ]
(Signature of Affiant)

# (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF ORANGE:
proof by affidavit, under penalty of perjury, having been made before me by _____**Investigator Brian Sims**_____
(Name of Affiant)

that there is probable cause to believe that the property or person described herein may be found at the locations set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "x"(s) in that it:

_____ was stolen or embezzled.

_____ was used as the means of committing a felony.

_X_ is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery.

_X_ tends to show that a felony has been committed or that a particular person has committed a felony.

_____ tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring.

_____ there is a warrant to arrest the person.

_____ this warrant is also sought pursuant to California Penal Code section 1524.2 where upon a provider of electronic communications service or remote computing service has records or evidence, as specified in Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in the possession of any person with the intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery.

YOU ARE THEREFORE COMMANDED TO SEARCH:   (Premises, vehicles, persons)
**12225 Richfield Dr., Richfield Dr., Rancho Cucamonga California 91739 – See Attachment 1**

FOR THE FOLLOWING PROPERTY OR PERSONS:
**See Attachment #2**

AND TO SEIZE IT/ THEM IF FOUND and bring it/ them forthwith before me, or this court, at the courthouse of this court. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true under penalty of perjury and subscribed before me on (date) _____5/7/08_____ , at _11:15_ A.M. / P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

KNOCK-NOTICE EXCUSED: [ ]
_____, NIGHT SEARCH APPROVED: YES [ ]   NO [ X ]
(Signature of Magistrate) **BRETT LONDON**
Judge of the **Superior** Court, _____ Justice Center, Dept./Div. _8_.
OCDA: jps-ltmf:\forms\sw-af1.597