**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**<u>CRIMINAL MINUTES -- GENERAL</u>**

Case No.    **CR-09-31-R**                                      Date: July 6, 2009
                 **CR-09-32-R**

=================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| | | |
|---|---|---|
| **William Horrell** | **Sheri Kleeger** | **Christopher Grigg** |
| **Courtroom Deputy** | **Court Reporter** | **Rozella Oliver** |
| | | **Asst. U.S. Attorney** |

=================================================================
**U.S.A. vs (Dft listed below)**                          **Attorney for Defendant**

1)    **MICHAEL MING ZHANG**                      1)    **Donald Welch**
        **X present    X bond**                              **X present   X retained**

_____

**PROCEEDINGS:    CHANGE OF PLEA**

**Court and counsel confer re: the change of pleas.**

**Defendant moves to change plea to count one (1) of the Indictment in case no. CR09-31-R and count one (1) of the Indictment in case no. CR09-32-R.**

**Defendant is sworn.  The Court questions the defendant regarding the offered pleas of Guilty.**

**Defendant now enters a new and different plea of Guilty to count one (1) of the Indictment in case no. CR09-31-R and count one (1) of the Indictment in case no. CR09-32-R.**

**The Court finds a factual and legal basis for the pleas; waivers of constitutional rights are freely, voluntarily and intelligently made.  The pleas are accepted and entered.**

**THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO OCTOBER 19, 2009 AT 1:30 P.M. FOR SENTENCING.**

<u>44 min</u>

MINUTES FORM 6                                      Initials of Deputy Clerk: AK/WH
CRIM -- GEN