CERTIFICATE OF SERVICE

I, DONALD R. WELCH, declare:

That I am a citizen of the United States and a resident employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 801 South Garfield Ave., Suite 212, Alhambra, Ca. 91801

That I am employed by the law offices of Donald R. Welch, and a member of the Bar of the United States District Court for the Central District of California, and I served a copy of DEFENDANT'S SENTENCING MEMORANDUM (UNDER SEAL) by hand delivery of a true copy thereof enclosed in a sealed envelope addressed as follows:

THE OFFICE OF UNITES STATES ATTORNEY
UNITED STATES COURTHOUSE
312 Springs St., Los Angeles, Ca. 90012

PROBATION DEPARTMENT
312 NORTH SPRING STREET, LOS ANGELES, CA 90012

PRE-TRIAL SERVICES
312 NORTH SPRING STREET, LOS ANGELES, CA 90012

This Certificate is executed on May 14, 2010, at Los Angeles, California.

I certify under penalty of perjury that the foregoing *JE* true and correct.

DONALD R. WELCH