**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No.    **CR-09-31-R**                              **Date: MAY 17, 2010**
            **CR-09-32-R**

=================================================================
PRESENT:   **HONORABLE MANUEL L. REAL, JUDGE**

| | | |
|---|---|---|
| **William Horrell** | **Sheri Kleeger** | **Christopher Grigg** |
| **Courtroom Deputy** | **Court Reporter** | **Asst. U.S. Attorney** |

=================================================================
**U.S.A. vs (Dft listed below)**                    **Attorney for Defendant**

1)    **MICHAEL MING ZHANG**                 1)    **Donald Welch**
      **X present      X bond**                     **X present      X retained**

**PROCEEDINGS:    SENTENCING**

**Refer to SEPARATE Judgment and Probation/Commitment Order.**

<u>4 min</u>

Deputy Clerk Initials ____WH____

CR 90 (2/91)CRIMINAL MINUTES - SENTENCING AND JUDGMENT