UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    CR-09-31-R                                    Date: May 23, 2011
            CR-09-32-R
=================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

William Horrell                Bridget Montero                Robert Lester
Courtroom Deputy               Court Reporter                 Asst. U.S. Attorney


=================================================================
U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)    MICHAEL MING ZHANG           1)      Donald Welch
      Not present    X in custody          Not present    X retained

_____

PROCEEDINGS:    Government's motion for order directing application of cash bond deposit
                to criminal debt


**The Court GRANTS the government's unopposed motion, and
signs the proposed order.**



                                                           2 min


MINUTES FORM 11                            Initials of Deputy Clerk __WH_____
CRIM -- GEN