PROB 12
(Rev. 11/04)

# United States District Court

for

## CENTRAL DISTRICT OF CALIFORNIA



U.S.A. VS. MICHAEL MING ZHANG                                   Docket No. CR09-00031-R
                                                                          CR09-00032-R

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>MICHAEL MING ZHANG</u> who was placed on supervision by the Honorable <u>MANUEL L. REAL</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>17th</u> day of <u>May, 2010</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 19, 2013, Mr. Zhang was convicted of misdemeanor willful cruelty to a child, in violation of Section 273a (a) of the California Penal Code, as evidenced by his conviction of that charge in the Superior Court of California, County of San Bernardino, Case Number FVA1201730. Mr. Zhang and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Michael Ming Zhang shall enroll and participate in a 52-week child abuse treatment program.

ORDER OF COURT

Considered and ordered this ___ day
of _____, 20__ and ordered filed
and made a part of the records in the
above case.

_____
United States District Judge
MANUEL L. REAL

Respectfully,

_____
DENA R. VASQUEZ
U. S. Probation Officer
Place: San Bernardino, California

Approved: MARIA ZARGLIS
Supervising U.S. Probation Officer

Date: June 12, 2013